# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**TERIANNA KNIGHT,** *et al.*                                                   **PLAINTIFFS**

**v.**                                                      **CIVIL ACTION NO. 2:17-CV-54-KS-MTP**

**BYRON L. SMITH,** *et al.*                                                **DEFENDANTS**

## ORDER

On May 18, 2017, Plaintiffs filed a Motion to Remand [6]. Defendant shall respond on or before **June 1, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Plaintiffs want to reply, they must do so on or before **June 8, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, it must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Plaintiffs' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Defendant's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this __19th__ day of May, 2017.

                                                                     s/Keith Starrett
                                                           UNITED STATES DISTRICT JUDGE